IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK OWEN CLARK,

    Petitioner,                    No. 2:08-cv-1798 JFM (HC)

    vs.

JAMES HARTLEY,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. Petitioner has also paid the filing fee of $5.00 for this action.[1]

        Examination of the in forma pauperis affidavit reveals that, notwithstanding payment of the filing fee, petitioner is unable to afford the costs of suit. Accordingly, the request for leave to proceed in forma pauperis is granted. See 28 U.S.C. § 1915(a).

/////

---

[1] By order filed August 11, 2008, petitioner was directed to, within thirty days, either file an application to proceed in forma pauperis or pay the $5.00 filing fee. On September 8, 2008, petitioner did both. On September 10, 2008, petitioner filed a motion for an extension of time to comply with the August 11, 2008 order. Petitioner's motion for extension of time is unnecessary and will therefore be denied.

1

Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondent will be directed to file an answer.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's September 10, 2008 motion for extension of time is denied as unnecessary;

2. Petitioner's request to proceed in forma pauperis is granted;

3. Respondent is directed to file an answer within forty-five days from the date of this order. See Rule 4, Rules Governing Section 2254 Cases. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases;

4. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed;

5. The Clerk of the Court is directed to return the $5.00 filing fee to petitioner at his address of record; and to serve a copy of the instant order on the Financial Department; and

6. The Clerk of the Court shall serve a copy of this order together with a copy of petitioner's application for writ of habeas corpus and an Order Re Consent or Request for Reassignment on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: September 19, 2008.

UNITED STATES MAGISTRATE JUDGE

12
clar1978.100